TOWN OF ONONDAGA, by DAVID COONS and Others, Constituting Three District Taxpayers pursuant to Town Law § 268 (2), Appellant, v MICHAEL GRIMM et al., Respondents. [890 NYS2d 888]—

Present—Smith, J.P., Fahey, Carni and Green, JJ.